UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

XYZ Corporation

Plaintiff,

v.

Case No.:
1:21−cv−04193

Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

MINUTE entry before the Honorable Joan B. Gottschall: Enter order granting plaintiff's renewed motion (No. [17]) to seal certain documents and to proceed temporarily under a pseudonym. In accordance with the order, plaintiff may proceed under a pseudonym until seven days after the court rules on plaintiff's anticipated motion for an ex parte temporary restraining order, after which time plaintiff is ordered to add its name to the docket. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.